NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY D. PITTS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7109

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0280, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

Larry D. Pitts moves for leave to file a reply to Respondent's opposition to Claimant's motion for a remand and for a 31 day extension, until July 31, 2011, to file the reply.

IT IS ORDERED THAT:

The motions are moot.

FOR THE COURT

**JUL 2 1 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Larry D. Pitts
     Nicholas Jabbour, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 1 2011

**JAN HORBALY**
**CLERK**